UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNE HOUSERMAN,<br><br>                Plaintiff,<br><br>  v.<br><br>COMTECH TELECOMMUNICATIONS CORPORATION, et al.,<br><br>                Defendants. | C19-644 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to the parties' stipulation, docket no. 4, the deadline for Defendants to answer or otherwise respond to the Complaint is June 17, 2019.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 13th day of May, 2019.

                                                William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1