UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN HOUSERMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, MICHAEL D. PORCELAIN,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:19-cv-00644-RAJ<br><br>**ORDER DENYING MOTION TO COMPEL, FOR SANCTIONS, AND FOR SPECIAL MASTER WITHOUT PREJUDICE**<br><br>**RELATED CASE NO. 2:19-CV-00336-RAJ** |

Presently before the Court is the Plaintiff's Motion to Compel the Production of ESI and for Sanctions and the Appointment of a Special Discovery Master. Dkt. 57. A similar motion was filed in Case No. 2:19-cv-00336-RAJ. Dkt. 45.[1] On March 24, 2020, both motions were referred to the undersigned United States Magistrate Judge for disposition pursuant to Local Rule MJR and General Order 02-19.

The parties' discovery dispute has been pending for over a month. Pursuant to the parties' proposed Stipulation Regarding Depositions and Amending the Case Schedule (Dkt. 65), the Court has today extended the current case scheduling deadlines, including an extension of the

---

[1] The Court consolidated discovery in these cases. *See* Dkts. 30 in this case and Dkt. 32 in Case No. 2:19-cv-00336-RAJ.

ORDER DENYING MOTION TO COMPEL,
FOR SANCTIONS, AND FOR SPECIAL
MASTER WITHOUT PREJUDICE - 1

deadline to complete discovery (depositions and ESI) from September 1, 2020 until October 22, 2020. Dkt. 65. For these reasons, the undersigned **denies** the motion to compel (Dkt. 57) without prejudice. The parties are directed to again confer to work out this discovery dispute. If the parties cannot resolve their dispute by **April 24, 2020**, the motion to compel may be refiled and parties shall notify the Court of the need to hold a status hearing on the motion at that time.

DATED this 24th day of March, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

RELATED CASE NO. 2:19-CV-00336-RAJ - 2