UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNN HOUSERMAN,

                Plaintiff,

  v.

COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, MICHAEL D. PORCELAIN,

                Defendant.

CASE NO. 2:19-cv-00644-RAJ-BAT

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

The Court, having received and reviewed Plaintiff Lynne Houserman's Unopposed Motion for Leave to File First Amended Complaint (Dkt. 73) hereby **ORDERS** that the motion is **GRANTED**. Ms. Houserman shall file her First Amended Complaint by **August 24, 2020**. DATED this 10th day of August, 2020.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge

ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT - 1