IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC., <br><br> Defendants. | **Case Nos. 2:19-cv-00336-RAJ-BAT** <br> **2:19-cv-00644-RAJ-BAT** <br><br> **ORDER GRANTING STIPULATED MOTION AND ORDER TO UNSEAL DOCUMENTS** |
| LYNNE HOUSERMAN, <br><br> Plaintiff, <br><br> v. <br><br> COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN, <br><br> Defendants. | |

Pursuant to Local Civil Rule 5(g)(8), Telecommunications Systems, Inc., Comtech Telecommunications Corp., Fred Kornberg, and Michael Porcelain (collectively, "Comtech"), and Lynne Houserman and Motorola Solutions, Inc. ("MSI") (all parties collectively, the "Parties") move the Court to unseal (a) Houserman and MSI's LCR 37(a)(2) Expedited Joint Submission Regarding Comtech's Outstanding Discovery Responses (Dkt. 75 in

ORDER GRANTING STIPULATED MOTION
TO UNSEAL DOCUMENTS - 1

1  *Telecommunication Systems, Inc. v. Houserman and Motorola Solutions, Inc.*, Case No. 19-cv-
2  00336 (the "TSYS Case"), and Dkt. 90 in *Houserman v. Comtech Telecommunications Corp.*,
3  Case No. 19-cv-00644 (the "Houserman Case")); and (b) Exhibit I to the Declaration of Kristin
4  W. Silverman in support of same (Dkt. 76 in the TSYS Case, Dkt. 91 in the Houserman Case).
5  Houserman and MSI also filed notices to withdraw their Motions to Seal (Dkt. 89 in the TSYS
6  Case, Dkt. 100 in the Houserman Case).

7  Accordingly, it is **ORDERED** that the parties' Stipulated Motions (Dkt. 99 in the
8  Houserman Case and Dkt. 88 in the TSYS Case) are **GRANTED**; the Clerk of Court is directed
9  to **UNSEAL** the versions of the Joint Submission and Silverman Declaration presently under
10 seal (Dkts. 75 and 76 in the TSYS Case and Dkts. 90 and 91 in the Houserman Case,
11 respectively).

**DATED** this 28th day of September, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO UNSEAL DOCUMENTS - 2