THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNE HOUSERMAN,<br><br>          Plaintiff,<br><br>v.<br><br>COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN,<br><br>          Defendants. | Case No. 2:19-cv-00644-RAJ<br><br>DECLARATION OF KRISTIN W. SILVERMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE LYNNE HOUSERMAN'S PROFFERED EXPERT GARY B. GOOLSBY<br><br>**Noted on Motion Calendar:<br>November 20, 2020** |

I, Kristin W. Silverman, declare as follows:

1. I am an attorney with Calfo Eakes LLP, and I represent Lynne Houserman in the above-captioned case. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of the August 14, 2020 "Expert Report of Gary B. Goolsby" submitted by Ms. Houserman.

3. Attached as **Exhibit B** is a true and correct copy of the October 2, 2020 "Expert Rebuttal Report of Elaine Lehnert" submitted by the defendants.

DECLARATION OF KRISTIN W. SILVERMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE LYNNE HOUSERMAN'S PROFFERED EXPERT GARY B. GOOLSBY (CASE NO. 2:19-cv-00644-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

4.   Attached as **Exhibit C** is a true and correct copy of excerpts from the rough-draft transcript of the November 12, 2020 deposition of Elaine Lehnert.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 16th day of November, 2020, at Seattle, Washington.

*/s Kristin W. Silverman*
KRISTIN W. SILVERMAN

DECLARATION OF KRISTIN W. SILVERMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE LYNNE HOUSERMAN'S PROFFERED EXPERT GARY B. GOOLSBY (CASE NO. 2:19-cv-00644-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224