Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br> LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC., <br><br> Defendants. | No. 2:19-cv-00336-RAJ <br><br> MINUTE ORDER CONSOLIDATING CASES |
| LYNNE HOUSERMAN, <br><br> Plaintiff, <br> v. <br> COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, and MICHAEL D. PORCELAIN, <br><br> Defendants. | No. 2:19-cv-00644-RAJ |

The Clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

THIS MATTER has come before the Court on TeleCommunication Systems, Inc., Comtech Telecommunications Corporation., Fred Kornberg, and Michael D. Porcelain's Motion to Consolidate Related Cases for Trial (Dkt. # 104). At a hearing conducted on December 4, 2020, counsel for Lynne Houserman and Motorola Solutions, Inc. indicated Ms. Houserman and Motorola Solutions, Inc. did not oppose consolidation of the related cases. Accordingly, IT IS ORDERED that:

MINUTE ORDER CONSOLIDATING CASES - 1

1. The Motion to Consolidate Related Cases for Trial filed in *Telecommunication Systems, Inc. v. Houserman, et al.*, 2:19-cv-00336-RAJ (Dkt. # 104), is GRANTED.

2. The following cases shall be consolidated for all purposes, including trial: *Telecommunication Systems, Inc. v. Houserman, et al.*, 2:19-cv-00336-RAJ and *Houserman v. ComTech Telecommunications Corporation, et al.*, 2:19-cv-00644-RAJ.

3. *Houserman v. ComTech Telecommunications Corporation, et al.*, 2:19-cv-00644-RAJ is designated as the lead case and the February 1, 2021 trial date and pretrial deadlines set forth therein shall govern.

4. All further documents in the consolidated action shall be filed in the matter of *Houserman v. ComTech Telecommunications Corporation, et al.*, 2:19-cv-00644-RAJ, and bear this cause number.

DATED this 7th day of December, 2020.

                                          WILLIAM M. McCOOL,
                                        Clerk of the Court

                                        */s/ Victoria Ericksen*
                                        Deputy Clerk