Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNE HOUSERMAN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, and MICHAEL D. PORCELAIN,<br><br>　　　　　Defendants. | Lead Case: 2:19-cv-00644-RAJ<br><br>ORDER SETTING AMENDED TRIAL DATE AND PRETRIAL DEADLINES |
| TELECOMMUNICATION SYSTEMS, INC.,<br>　　　　　Plaintiff,<br>　　v.<br><br>LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Member Case: 2:19-cv-00336-RAJ |

**JURY TRIAL DATE**                    **MARCH 15, 2021**

Length of Trial                              10 days

Pretrial conference                       February 26, 2021, 2:00 PM

Agreed Pretrial Order due          March 1, 2021

ORDER SETTING AMENDED
TRIAL DATE AND PRETRIAL DEADLINES – 1

| | |
|---|---|
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | March 8, 2021 |

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

## SETTLEMENT

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at victoria_ericksen@wawd.uscourts.gov. An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 7th day of January, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge