HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                      AT SEATTLE

10

LYNNE HOUSERMAN,
11
                    Plaintiff,          **CONSOLIDATED UNDER**
12        v.                            **NO. 2:19-CV-00644-RAJ**

13                                      NO. 2:19-CV-00336-RAJ
COMTECH TELECOMMUNICATIONS             NO. 2:19-CV-00644-RAJ
14  CORPORATION, FRED KORNBERG, AND
  MICHAEL D. PORCELAIN
15

16              Defendants.             ORDER ON MOTION TO
                                      EXCLUDE CERTAIN OPINIONS
17                                      OF TODD MILBOURN, PH.D.

18
  TELECOMMUNICATION SYSTEMS, INC.,
19                    Plaintiff,

20
  v.
21
  LYNNE HOUSERMAN AND MOTOROLA
22  SOLUTIONS, INC.,
23              Defendants.

24        This matter comes before the Court on a motion to exclude certain opinions of

25  damages expert, Todd Milbourn, Ph.D., filed by Defendants Lynne Houserman and

26  Motorola Solutions, Inc. ("Motorola") in *TeleCommunication Systems, Inc. v. Houserman*

27

28
  ORDER – 1

1   *and Motorola Solutions, Inc.*, Case No. 2:19-cv-00336-RAJ.  T-Dkt.[1] # 108.  Plaintiff

2   TeleCommunication Systems, Inc. ("TCS") opposes the motion.  T-Dkt. # 117.  After the

3   briefing on this motion was complete, this case was consolidated with *Houserman v.*

4   *Comtech Telecommunications Corp., et al.*, Case No. 2:19-cv-00644-RAJ, which was

5   designated as the lead case on December 7, 2020.  H-Dkt. # 143.

6          In this motion, Ms. Houserman and Motorola seek to exclude the opinions and

7   calculations of Dr. Milbourn, specifically as they relate to Ms. Houserman's alleged

8   breach of her non-compete agreement with her prior employer, TCS.  T-Dkt. # 108 at 2.

9   These opinions and calculations are contained in Section VI of Dr. Milbourn's Report.

10  *Id.* at 10.  There is no need for the Court to address Dr. Milbourn's calculations or

11  methodology for measuring damages, however, because the Court has concluded that the

12  non-compete agreement at issue is unenforceable.  *See* T-Dkt. # 176.  The Court finds

13  that the motion to exclude is therefore moot and **DENIES** it accordingly.

14

15          DATED this 3rd day of February, 2021.

16

17

18  _____

19  The Honorable Richard A. Jones
    United States District Judge

20

21

22

23

24

25

26  [1] "T-Dkt." refers to filings in *TeleCommunication Systems*, while "H-Dkt." refers to
    filings in *Houserman v. Comtech Telecommunications Corp., et al.*, Case No. 2:19-cv-
27  00644-RAJ.

28  ORDER – 2