The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC., <br><br> Defendants. | **CONSOLIDATED UNDER:** <br> **NO.   2:19-CV-00644-RAJ** <br><br> NO.   2:19-CV-00336-RAJ <br> NO.   2:19-CV-00644-RAJ <br><br> **COMTECH TELECOMMUNICATIONS CORP., TELECOMMUNICATIONS SYSTEMS, INC., FRED KORNBERG, AND MICHAEL D. PORCELAIN SUBMISSION IN SUPPORT OF TELEPHONIC MOTION FOR CONTINUANCE OF TRIAL** |
| LYNNE HOUSERMAN, <br><br> Plaintiff, <br><br> v. <br><br> COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN, <br><br> Defendants. | NOTE ON MOTION CALENDAR: <br> Tuesday, March, 9, 2021 <br><br> **ORAL ARGUMENT REQUESTED** |

COMTECH PARTIES' MEMORANDUM ISO TELEPHONIC
MOTION FOR CONTINUANCE OF TRIAL
No. 2:19-CV-00644-RAJ

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000 • (212) 757-3990

Pursuant to the Court's Zoom conference held on March 8, 2021 and ahead of the conference scheduled for March 9, 2021, Comtech Telecommunications Corp., TeleCommunication Systems, Inc., Fred Kornberg, and Michael D. Porcelain (collectively, the "Comtech Parties") in the above-captioned consolidated cases, submit the Declaration of Harris Fischman, which attaches the March 7, 2021 Declaration of Fred Kornberg, as well as materials received from Mr. Kornberg's medical providers and health insurance provider over the last twenty-four hours, which have been filed under seal pursuant to the Court's docket order (Dkt. 191).

In support of the Comtech Parties' telephonic motion for a continuance of trial, the Comtech Parties also sought to obtain official medical records from Mr. Kornberg's medical provider, Dr. John Morrison, who is affiliated with the healthcare system Northwell Health. Mr. Kornberg was advised by his medical provider's office manager that Dr. Morrison does not participate in Northwell Health's online patient portal system that would permit Mr. Kornberg to access certain medical records online. The office manager advised that any medical records request must be processed through Northwell Health's third-party medical records processor, Verisma.

A Verisma representative informed the Comtech Parties that Verisma's typical processing time for a medical records request is over two weeks after a HIPAA release form is submitted. Mr. Kornberg has submitted the requested HIPAA release in order to obtain the medical records for the Court's review.

Finally, the Comtech Parties wish to reiterate that their request for the continuance of the trial is due to Mr. Kornberg's symptoms that will make it extremely difficult for him to prepare for trial and to participate in trial: his pain, dizziness, and inability to focus as a result of his medical conditions. Their request for a continuance is not based on a concern over how Mr. Kornberg may visually appear to a jury during trial.

COMTECH PARTIES' MEMORANDUM ISO TELEPHONIC
MOTION FOR CONTINUANCE OF TRIAL - 1
No. 2:19-CV-00644-RAJ

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000 • (212) 757-3990

DATED: March 9, 2021.

**SAVITT BRUCE & WILLEY LLP**

By     *s/James P. Savitt*
    James P. Savitt, WSBA #16847
    Michele L. Stephen, WSBA #39458
    1425 Fourth Avenue Suite 800
    Seattle, Washington  98101-2272
    Telephone: (206) 749-0500
    Facsimile:  (206)749-0600
    Email:  jsavitt@sbwLLP.com
    Email:  mstephen@sbwLLP.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By     *s/Harris Fischman*
    Harris Fischman (admitted *pro hac vice*)
    Alyson A. Cohen (admitted *pro hac vice*)
    David Fish (admitted *pro hac vice*)
    Leah J. Park (admitted *pro hac vice*)
    Megan L. Gao (admitted *pro hac vice*)
    Charles P. Sucher (admitted *pro hac vice*)
    1285 Avenue of the Americas
    New York, New York 10019
    Telephone:  (212) 373-3000
    Facsimile:  (212) 757-3990
    Email: hfischman@paulweiss.com
        acohen@paulweiss.com
        dfish@paulweiss.com
        lpark@paulweiss.com
        mgao@paulweiss.com
        csucher@paulweiss.com

    Martha L. Goodman (admitted *pro hac vice*)
    2001 K Street, NW
    Washington, DC 20006-1047
    Telephone:  (202) 223-7341
    Facsimilie:  (202) 330-5921
    Email:  mgoodman@paulweiss.com

*Attorneys for TeleCommunication Systems, Inc., Comtech Telecommunications Corp., Fred Kornberg, and Michael D. Porcelain*

COMTECH PARTIES' MEMORANDUM ISO TELEPHONIC MOTION FOR CONTINUANCE OF TRIAL - 2
No. 2:19-CV-00644-RAJ

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000 • (212) 757-3990

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 9th day of March, 2021 at Seattle, Washington.

_____
Nate Garberich

CERTIFICATE OF SERVICE
No. 2:19-CV-00644-RAJ

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000 • (212) 757-3990