HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNNE HOUSERMAN,

                Plaintiff,

  v.

COMTECH TELECOMMUNICATIONS
CORPORATION, FRED KORNBERG, AND
MICHAEL D. PORCELAIN

            Defendants.

 TELECOMMUNICATION SYSTEMS, INC.,
            Plaintiff,

v.

LYNNE HOUSERMAN AND MOTOROLA
SOLUTIONS, INC.,
            Defendants.

**CONSOLIDATED UNDER
NO. 2:19-CV-00644-RAJ**

NO. 2:19-CV-00336-RAJ
NO. 2:19-CV-00644-RAJ

ORDER

The Court held a hearing on March 9, 2021 to consider Comtech Telecommunications Corporation's motion for continuance of trial.  Dkt. # 205.  The Court finds that good cause has been presented regarding Fred Kornberg's current medical condition and **GRANTS** the motion for continuance.

The Court further **ORDERS** as follows:

1. Trial is rescheduled to proceed via Zoom on May 10, 2021.

ORDER – 1

2. The Parties must meet and confer to discuss and jointly submit a date for deposition by perpetuation of Mr. Kornberg to preserve testimony for future trial use, if necessary.

3. The motion to seal as it relates to the four exhibits in Dkt. # 207 is **GRANTED**.

4. Comtech Telecommunications Corporation must submit additional medical records for Mr. Kornberg, including visits for treatment and care sought by Mr. Kornberg over the last three months preceding the date of this Order.

5. Leave to redact to portions of the hearing record that relate to disclosure of Mr. Kornberg's medical records or history is **GRANTED**.


DATED this 10th day of March, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2