The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC.,<br><br>　　　Defendants. | **CONSOLIDATED UNDER:**<br>**NO.　2:19-CV-00644-RAJ**<br><br><br>NO.　2:19-CV-00336-RAJ<br>NO.　2:19-CV-00644-RAJ<br><br>**NOTICE OF INTENT TO REQUEST REDACTION** |
| LYNNE HOUSERMAN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN,<br><br>　　　Defendants. | |

Pursuant to Sections 4 and 5 of the United Stated District Court for the Western District of Washington's Amended General Order No. 15-15, TeleCommunication Systems, Inc. ("TCS"), Comtech Telecommunications Corp. ("Comtech"), Fred Kornberg, and Michael D.

NOTICE OF INTENT TO REQUEST REDACTION - 1
No. 2:19-CV-00644-RAJ

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1 | Porcelain (collectively, the "Comtech Parties"), by and through their undersigned counsel,
2 | hereby give notice of intent to request redaction of information from the following transcripts:
3 |     1.    The March 8, 2021 Motion Hearing regarding the Comtech Parties' request to
4 | continue the trial date (*see* Dkt. 191); and
5 |     2.    The March 9, 2021 Motion Hearing on the same subject (Dkt. 209).
6 | The Court previously granted "[l]eave to redact to portions of the hearing record that
7 | relate to disclosure of Mr. Kornberg's medical records or history" (*sic*) (Dkt. 212), and, per
8 | instructions from the Court, the Comtech Parties intend to work with counsel for Lynne
9 | Houserman and Motorola Solutions, Inc. to file a stipulated or unopposed motion to request
10 | redaction of portions of the record that fit this category, with a copy served on the court
11 | reporter within 21 days from filing of this Notice.
12 | //
13 | //
14 | //

NOTICE OF INTENT TO REQUEST REDACTION - 2
No. 2:19-CV-00644-RAJ

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: March 12, 2021.

**SAVITT BRUCE & WILLEY LLP**

By  *s/James P. Savitt*
James P. Savitt, WSBA #16847
Michele L. Stephen, WSBA #39458
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
Telephone: (206) 749-0500
Facsimile:  (206)749-0600
Email:  jsavitt@sbwLLP.com
Email:  mstephen@sbwLLP.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By  *s/Harris Fischman*
Harris Fischman (admitted *pro hac vice*)
Alyson A. Cohen (admitted *pro hac vice*)
David Fish (admitted *pro hac vice*)
Leah J. Park (admitted *pro hac vice*)
Megan L. Gao (admitted *pro hac vice*)
Charles P. Sucher (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: hfischman@paulweiss.com
       acohen@paulweiss.com
       dfish@paulweiss.com
       lpark@paulweiss.com
       mgao@paulweiss.com
       csucher@paulweiss.com

Martha L. Goodman (admitted *pro hac vice*)
2001 K Street, NW
Washington, DC 20006-1047
Telephone:  (202) 223-7341
Facsimilie:  (202) 330-5921
Email:  mgoodman@paulweiss.com

*Attorneys for TeleCommunication Systems, Inc., Comtech Telecommunications Corp., Fred Kornberg, and Michael D. Porcelain*

NOTICE OF INTENT TO REQUEST REDACTION - 3
No. 2:19-CV-00644-RAJ

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 12th day of March, 2021 at Seattle, Washington.

_____
Nate Garberich

CERTIFICATE OF SERVICE
No. 2:19-CV-00644-RAJ

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500