HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNE HOUSERMAN, | No. 2:19-cv-00644-RAJ |
| Plaintiff, | ORDER |
| v. | |
| COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN | |
| Defendants. | |

On March 9, 2021, the Court found good cause to continue the trial date in this case based on Defendant Fred Kornberg's medical condition. Dkt. # 209. The Court directed counsel for TeleCommunication Systems, Inc., Comtech Telecommunications Corp., Fred Kornberg, and Michael D. Porcelain (collectively, "Comtech Parties") to submit Mr. Kornberg's medical records related to his medical treatment for the past three months that serve as the basis for the Comtech Parties' request to continue trial. *Id.* On April 1, 2021, the Comtech Parties field a motion seeking to limit disclosure of Mr. Kornberg's medical records to *in camera* review, Dkt. # 216, which was opposed by the Houserman Parties, Dkt. # 218.

ORDER – 1

Following a hearing on the matter April 2, 2021, the Court granted the Comtech Parties' motion for *in camera* review of the medical records but noted that it may reconsider its decision after its review of the medical records. Dkt. # 222 at 2. Having received Mr. Kornberg's medical records and conducted an *in camera* review, the Court is now satisfied that the continuance of the trial for the reasons stated on the record was justified. The Court finds no basis for the Houserman Parties to examine the medical records at issue.

DATED this 5th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2